IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KARL W. SHOCK,
     Plaintiff,

v.                             Case No. 3:08cv304/RV/EMT

AEROSPACE INTEGRATION
CORPORATION,
     Defendant.
_____/

**O R D E R**

     This cause is before the court upon Defendant's Motion to Compel Initial Disclosures from Plaintiff (Doc. 27).

     On December 22, 2008, this court entered an order requiring Plaintiff to respond to Defendant's motion on or before December 31, 2008 (Doc. 30). Additionally, prior to Plaintiff responding to Defendant's motion, the parties were required to review this court's "Order Concerning Discovery Disputes" and were encouraged to resolve the matters raised in Defendant's motion without any further involvement of the court (*see* Docs. 30, 31). On December 31, 2008, Plaintiff filed a "Notice of Compliance with Court Order" (Doc. 32 at 1). In pertinent part, Plaintiff states that he submitted a second supplementary Rule 26(a) disclosure on December 31, 2008 (*id.* at 2). Moreover, Plaintiff's notice suggests that some, if not all, of the issues raised in Defendant's motion to compel have been resolved. Thus, Defendant shall be required to file a notice with the court indicating which, if any, issues remain in dispute and require resolution by the court. In the alternative, if any issues remain unresolved, Defendant shall file an amended motion to compel including only those issues that remain in dispute.

Accordingly, it is **ORDERED** that:

On or before **TUESDAY, JANUARY 20, 2009**, Defendant shall file a notice with the court indicating which, if any, of the issues raised in Defendant's motion to compel remain in dispute. Alternatively, and within the same time, Defendant shall file an amended motion to compel.

**DONE AND ORDERED** this 15th day of January 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**