IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KARL W. SHOCK,
        Plaintiff,

v.                                                        Case No. 3:08cv304/RV/EMT

AEROSPACE INTEGRATION
CORPORATION,
        Defendant.
_____/

### O R D E R

This cause is before the court upon Defendant's Amended Motion to Compel Initial Disclosures from Plaintiff and Memorandum in Support (Doc. 39). Before the court rules on this matter, Plaintiff shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiff shall respond to Defendant's amended motion on or before **MONDAY, FEBRUARY 2, 2009**.

**DONE AND ORDERED** this 28th day of January 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**