IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KARL W. SHOCK,
    Plaintiff,

v.                                                                              Case No. 3:08cv304/RV/EMT

AEROSPACE INTEGRATION
CORPORATION,
    Defendant.
_____/

## O R D E R

    This cause is before the court upon Plaintiff's Motion to Compel Discovery (Doc. 41). Before the court rules on this matter, Defendant shall have an opportunity to respond. <u>Prior to responding, counsel for the parties shall **personally confer** in an effort to resolve the issues raised in Plaintiff's motion</u>.

    Accordingly, it is **ORDERED**:

    Defendant shall respond to Plaintiff's motion on or before **WEDNESDAY, FEBRUARY 4, 2009**.

    **DONE AND ORDERED** this 29th day of January 2009.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**